# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **MERWYN SMITH, individually and on behalf of all others similarly situated;** § § § § | |
| **Plaintiff,** § § | **CAUSE NO. 2:17-cv-00129-MHW-TPK** |
| vs. § § | **JURY TRIAL DEMANDED** |
| **FRONTIER HEALTH CARE SERVICES, INC., and CLEMENT AKOSILE,** § § § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) and CLASS ACTION PURSUANT TO FRCP 23** |
| **Defendants** § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Merwyn Smith, by and through her attorneys of record, and hereby files this Notice of Dismissal With Prejudice pursuant to Fed. Rule Civil Procedure 41(a)(1)(A)(i).

I. Plaintiff filed her original Complaint against Defendants on February 13, 2017;

II. Defendants have been served but have not filed an Answer.

III. Although filed as a class action, no class has been certified by the Court.

IV. Plaintiff, Merwyn Smith, files this Notice of Dismissal with the intention of dismissing all claims against Defendants with prejudice.

Dated: May 23, 2017                Respectfully submitted:

By: /s/ Scott E. Brady
Scott E. Brady (admitted *pro hac vice*)
scott@bohrerbrady.com
Philip Bohrer (admitted *pro hac vice*)
phil@bohrerbrady.com
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

-and-

Andrew Kimble (0093172)
**MARKOVITS, STOCK & DEMARCO, LLC**
4200 Regent Street, Suite 200
Columbus, Ohio 43219
Telephone: (614) 604-8759
Facsimile: (513) 665-0219
Email: abiller@msdlegal.com

*Counsel for Plaintiff*